**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| UNILOC USA, INC., et al, <br>     Plaintiffs, <br> <br> v. <br> <br> AVAYA INC., | § <br> § <br> § <br> § <br> § <br> § <br> § | Case No. 6:15-cv-01168-JRG <br>     LEAD CASE |
| CISCO SYSTEMS, INC., | § | Case No. 6:15-cv-01175-JRG |
| SHORETEL, INC., | § | Case No. 6:15-cv-01169-JRG |
| HUAWEI ENTERPRISE USA, INC., | § | Case No. 6:16-cv-00099-JRG |
| NEC CORPORATION OF AMERICA, | § | Case No. 6:16-cv-00100-JRG |
| UNIFY INC., | § | Case No. 6:16-cv-00101-JRG |
| FACEBOOK, INC., | § | Case No. 6:16-cv-00223-JRG |
| VIBER MEDIA S.A.R.L., | § | Case No. 6:16-cv-00224-JRG |
| WHATSAPP INC., | § | Case No. 6:16-cv-00225-JRG |
| OOVOO, LLC, | § | Case No. 6:16-cv-00324-JRG |
| TANGOME, INC. d/b/a TANGO, <br>     Defendants. | § | Case No. 6:16-cv-00380-JRG |

**JOINT CLAIM CONSTRUCTION STATEMENT PURSUANT TO P.R. 4-3**

Pursuant to P.R. 4-3 and the Court's Docket Control Order, Plaintiffs Uniloc USA, Inc. and Uniloc Luxembourg, S.A. (collectively "Uniloc") and Consolidated Defendants, Avaya, Inc. ("Avaya"), ShoreTel Inc. ("ShoreTel"), Cisco Systems, Inc. ("Cisco"), Huawei Enterprise USA, Inc. ("Huawei"), NEC Corporation of America ("NECAM"), Unify Inc. ("Unify"), Facebook, Inc. ("Facebook"), Viber Media S.a.r.l. ("Viber"), WhatsApp Inc. ("WhatsApp"), ooVoo, LLC ("ooVoo"), and TangoMe, Inc. d/b/a Tango ("Tango") (collectively "Defendants") hereby submit the parties' Joint Claim Construction Statement.

I.   **P.R. 4-3(a): AGREED CLAIM CONSTRUCTIONS**

Uniloc, Avaya, Cisco, Huawei and Shoretel agree to the following claim constructions[1]:

| TERMS AND PHRASES | AGREED CONSTRUCTION |
|---|---|
| "network [access / accessible] device" | "any device capable of communicating over a network to one or more other Network Access Devices using a common protocol." <br><br> Such NADs can include but are not limited to computers, servers, workstations, Internet appliances, terminals, hosts, personal digital assistants (hereafter 'PDAs'), and digital cellular telephones |
| "address" | "the identifier for where a participant to a conference call may be contacted, and may be, but is not limited to, a PSTN or cellular phone number, such as an ANI, or a unique identifier associated with a voice over Internet protocol communications path" |
| "automatic number identifier" <br><br> Also known as "ANI" | "the direct phone number of a call participant, and is typically the number at which a person may be directly dialed" |

II.  **P.R. 4-3(b): DISPUTED CLAIM CONSTRUCTIONS**

The chart attached as **Exhibit A** to this Joint Claim Construction Statement contains the disputed claim terms, phrases and clauses.

The chart attached as **Exhibit B** to this Joint Claim Construction Statement contains Unloc's identification of intrinsic and extrinsic evidence supporting its proposed constructions.

The chart attached as **Exhibit C** to this Joint Claim Construction Statement contains Defendants' identification of intrinsic and extrinsic evidence supporting its proposed constructions.

---

[1] The patent claims including these terms have not been asserted against Defendants, Facebook, NEC, ooVoo, Tango, Unify, Viber and Whatsapp. Therefore, these defendants were not party to any dispute regarding the meaning of these terms and have not taken a position regarding the meaning of these terms. Should Uniloc later seek to assert these patents against any of these defendants, each reserves the right to address claim construction regarding the '000 patent and/or '948 patent at an appropriate time following any such assertion.

**III.    P.R. 4-3(c): LENGTH OF CLAIM CONSTRUCTION HEARING**

The parties request two hours for the claim construction hearing, divided as one hour for Uniloc and one hour for Defendants.

**IV.    P.R. 4-3(d): LIVE WITNESS TESTIMONY**

No party will present live witness testimony at the claim construction hearing.

**V.    P.R. 4-3(e): OTHER ISSUES**

Any other outstanding issues will be addressed in the briefing.

Date: October 21, 2016                            Respectfully submitted,

By: */s/ Aaron S. Jacobs*
Paul J. Hayes
Kevin Gannon
Aaron S. Jacobs
CESARI AND MCKENNA, LLP
88 Black Falcon Avenue
Boston, MA 02210
Tel: (617) 951-2500
Fax: (617) 951-3927
Email: pjh@c-m.com
Email: kgannon@c-m.com
Email: ajacobs@c-m.com

Craig Tadlock
State Bar No. 00791766
TADLOCK LAW FIRM PLLC
2701 Dallas Parkway, Suite 360
Plano, TX 75093
Tel: (903) 730-6789
Email: craig@tadlocklawfirm.com

*Attorneys for PLAINTIFFS*

By: */s/ Lindey Miller*
John Desmarais (admitted pro hac vice)
jdesmarais@desmaraisllp.com
Paul Bondor (admitted pro hac vice)
pbondor@desmaraisllp.com
Tamir Packin (admitted pro hac vice)
tpackin@desmaraisllp.com
Lindsey Miller (admitted pro hac vice)
lmiller@desmaraisllp.com
Austin Ginnings (admitted pro hac vice)
aginnings@desmaraisllp.com
Elizabeth Weyl (admitted pro hac vice)
eweyl@desmaraisllp.com
Michael Rhodes (admitted pro hac vice)
mrhodes@desmaraisllp.com
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
(212) 351-3400 (Telephone)
(212) 351-3401 (Facsimile)

*Counsel for Defendant CISCO SYSTEMS, INC.*

By: */s/ Gregory J. Apgar*
Amr O. Aly
aaly@mayerbrown.com
Gregory J. Apgar
gapgar@mayerbrown.com
MAYER BROWN LLP
1221 Avenue of the Americas
New York, New York 10020-1001
Telephone: (212) 506-2500
Facsimile: (212) 849-1910

*Counsel for Defendants AVAYA INC. and SHORETEL, INC.*

By: */s/ Gregory J. Apgar*
Michael J. Jones
Texas State Bar No. 10929400
mikejones@potterminton.com
John F. Bufe
Texas State Bar No. 03316930
johnbufe@potterminton.com
POTTER MINTON, P.C.
110 North College, Suite 500
Tyler, Texas 75702
(903) 597-8311 (Telephone)
(903) 593-0846 (Facsimile)

*Counsel for Defendants CISCO SYSTEMS, INC., AVAYA INC., and SHORETEL, INC.*



By: */s/ Samuel Jacob Edwards*
Stanley Young (admitted pro hac vice)
syoung@cov.com
COVINGTON & BURLING LLP
333 Twin Dolphin Drive Suite 700
Redwood Shores , CA 94065-1418
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

Samuel Jacob Edwards (admitted pro hac vice)
sedwards@cov.com
COVINGTON & BURLING LLP
One Front Street Suite 3500
San Francisco , CA 94111-5356
Telephone: (415) 591-7032

*Counsel for Defendant HUAWEI ENTERPRISE USA, INC.*

By: */s/ Stuart W. Youthers*
John F. Bufe
State Bar No. 03316930
POTTER MINTON, PC
110 N. College Avenue, Suite 500
Tyler, TX 75702
Tel: (903) 597-8311
Fax: (903) 593-0846
johnbufe@potterminton.com

Stuart W. Yothers
JONES DAY
250 Vesey Street
New York, NY 10281
Tel: (212) 326-3893
Fax: (212) 755-7306
syothers@jonesday.com

Maxwell A. Fox (pro hac vice)
JONES DAY
Kamiyacho Prime Place
1-17, Toranomon 4-Chome
Minato-Ku, Tokyo 105-0001, Japan
Tel: +81.3.6800.1876
Fax: +81.3.5401.2725
mfox@jonesday.com

*Counsel for Defendant NEC Corporation of America*

By: _____[2]
David N. Patariu
Texas State Bar No. 24074858
PILLSBURY WINTHROP SHAW PITTMAN LLP
401 Congress Ave., Suite 1700
Austin, Texas 78701
Tel: (512) 580-9633
Fax: (512) 580-9601
david.patariu@pillsburylaw.com

Bryan P. Collins
PILLSBURY WINTHROP SHAW PITTMAN LLP
Virginia State Bar No. 46762
1650 Tysons Boulevard, 14th Floor
McLean, Virginia 22102-4856
Tel: (703) 770-7538
Fax: (703) 905-2500
bryan.collins@pillsburylaw.com

*Counsel for Defendant Unify Inc.*

---

[2] At 9:09 p.m. ET on Friday, October 21, 2016—the date the instant filing was due—counsel for Defendants collectively e-mailed Uniloc's counsel with revisions to this document and Exhibit A, as well as a copy of Defendants' collective Exhibit C.  Defendants' counsel then individually identified which of each of the individual defendant's counsel approved the use of their signature.  However, counsel for Unify did not indicate which counsel would sign the document.  Counsel for Uniloc sent e-mails at 10:12 p.m. ET and again at 10:39 p.m. ET, requesting such identification, but counsel for Unify did not respond.  In light of the deadline to file this document—and the fact that defendants apparently coordinated their papers—Uniloc's counsel filed this document on the date it was due.

By: */s/ Phillip E. Morton*
Deron R Dacus
Texas Bar No. 00790553
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Tel: (903) 705-1117
Fax: (903) 705-1117
ddacus@dacusfirm.com

Heidi L. Keefe (CA Bar 178960)
Mark R. Weinstein (CA Bar 193043)
Priya B. Viswanath (CA Bar 238089)
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304
Tel: (650) 843-5000
hkeefe@cooley.com
mweinstein@cooley.com
pviswanath@cooley.com

Phillip E. Morton (DC Bar No. 1032243)
COOLEY LLP
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Email: pmorton@cooley.com

*Counsel for Defendants Facebook, Inc. and Whatsapp Inc.*

By: */s/ Jamie D. Underwood*
Derek S. Neilson
ALSTON & BIRD LLP
2828 N. Harwood Street, Suite 1800
Dallas, TX 75201-2139
Tel: (214) 922-3400
Fax: (214) 922-3899
derek.neilson@alston.com

Mike Connor
ALSTON & BIRD LLP
Suite 40000
101 South Tryon Street
Charlotte, NC 28280-4000
Tel: (704) 444-1000
Fax: (704) 444-1111
mike.connor@alston.com

Jamie D. Underwood
Scott J. Pivnick
ALSTON & BIRD LLP
950 F Street, NW
Washington, DC 20004-1404
Tel: (202) 239-3300
Fax: (202) 239-3333
jamie.underwood@alston.com
scott.pivnick@alston.com

*Counsel for Defendant Viber Media S.à.r.l.*

By: _____[3]
Jay F. Utley
Texas State Bar No. 00798559
jay.utley@bakermckenzie.com
Brian C. McCormack
Texas State Bar No. 00797036
brian.mccormack@bakermckenzie.com
BAKER &MCKENZIE LLP
2001 Ross Avenue, Suite 2300
Dallas, Texas 75201
Tel: (214) 978-3000
Fax: (214) 978-3099

Yon S. Sohn
Texas State Bar No. 24083888
yon.sohn@bakermckenzie.com
BAKER &MCKENZIE LLP
700 Louisiana, Suite 3000
Houston, Texas 77002
Tel: 713 427 5000
Fax: 713 427 5099

*Counsel for Defendant ooVoo, LLC*


By: */s/ Bijal V. Vakil*
Bijal V. Vakil
WHITE & CASE LLP
3000 El Camino Real Bldg 5, 9th Floor
Palo Alto , CA 94306
Tel: (650) 213-0303
Fax: (650) 213-8158
bvakil@whitecase.com

*Counsel for Defendant TangoMe, Inc. d/b/a Tango*

---

[3] At 9:09 p.m. ET on Friday, October 21, 2016—the date the instant filing was due—counsel for Defendants collectively e-mailed Uniloc's counsel with revisions to this document and Exhibit A, as well as a copy of Defendants' collective Exhibit C.  Defendants' counsel then individually identified which of each of the individual defendant's counsel approved the use of their signature.  However, counsel for ooVoo did not indicate which counsel would sign the document.  Counsel for Uniloc sent e-mails at 10:12 p.m. ET and again at 10:39 p.m. ET, requesting such identification, but counsel for ooVoo did not respond.  In light of the deadline to file this document—and the fact that defendants apparently coordinated their papers—Uniloc's counsel filed this document on the date it was due.

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 21, 2016

<u>*/s/ Aaron S. Jacobs*</u>