# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| UNILOC USA, INC., et al, <br> Plaintiffs, <br><br> v. <br><br> AVAYA INC., | § <br> § <br> § <br> § <br> § <br> § | Case No. 6:15-cv-01168-JRG <br> LEAD CASE |
| CISCO SYSTEMS, INC., | § | Case No. 6:15-cv-01175-JRG |
| SHORETEL, INC., | § | Case No. 6:15-cv-01169-JRG |
| HUAWEI ENTERPRISE USA, INC., | § | Case No. 6:16-cv-00099-JRG |
| NEC CORPORATION OF AMERICA, | § | Case No. 6:16-cv-00100-JRG |
| UNIFY INC., | § | Case No. 6:16-cv-00101-JRG |
| FACEBOOK, INC., | § | Case No. 6:16-cv-00223-JRG |
| VIBER MEDIA S.A.R.L., | § | Case No. 6:16-cv-00224-JRG |
| WHATSAPP INC., | § | Case No. 6:16-cv-00225-JRG |
| OOVOO, LLC, | § | Case No. 6:16-cv-00324-JRG |
| TANGOME, INC. d/b/a TANGO, <br> Defendants. | § | Case No. 6:16-cv-00380-JRG |

## NOTICE OF JOINDER TO JOINT CLAIM CONSTRUCTION STATEMENT
## BY UNIFY, INC. AND OOVOO, LLC

The parties filed Joint Claim Construction Statement pursuant to P.R. 4-3 (Dkt. No. 123) on October 21, 2016. The signatures for Defendants Unify Inc. ("Unify") ooVoo, LLC ("ooVoo") were inadvertently omitted due to a miscommunication. Both Unify and ooVoo participated throughout the process of preparing the Joint Claim Construction Statement, previously agreed with the document as filed, and hereby serve this notice that they join the Joint Claim Construction Statement (Dkt. No. 123).

By: _/David N. Patariu_____
David N. Patariu
Texas State Bar No. 24074858
PILLSBURY WINTHROP SHAW
PITTMAN LLP
401 Congress Ave., Suite 1700
Austin, Texas 78701
Tel: (512) 580-9633
Fax: (512) 580-9601
david.patariu@pillsburylaw.com

Bryan P. Collins
PILLSBURY WINTHROP SHAW
PITTMAN LLP
Virginia State Bar No. 46762
1650 Tysons Boulevard, 14th Floor
McLean, Virginia 22102-4856
Tel: (703) 770-7538
Fax: (703) 905-2500
bryan.collins@pillsburylaw.com

*Counsel for Defendant Unify Inc.*

By: /s/ Jay F. Utley
Jay F. Utley
Texas State Bar No. 00798559
jay.utley@bakermckenzie.com
Brian C. McCormack
Texas State Bar No. 00797036
brian.mccormack@bakermckenzie.com
BAKER &MCKENZIE LLP
2001 Ross Avenue, Suite 2300
Dallas, Texas 75201
Tel: (214) 978-3000
Fax: (214) 978-3099

Yon S. Sohn
Texas State Bar No. 24083888
yon.sohn@bakermckenzie.com
BAKER &MCKENZIE LLP
700 Louisiana, Suite 3000
Houston, Texas 77002
Tel: 713 427 5000
Fax: 713 427 5099

*Counsel for Defendant ooVoo, LLC*

CERTIFICATE OF SERVICE

    I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 24, 2016

/s/ Yon S. Sohn