**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| UNILOC USA, INC., et al, | § | |
| Plaintiffs, | § | |
| | § | Case No. 6:15-cv-01168-JRG |
| v. | § | LEAD CASE |
| | § | |
| AVAYA INC., | § | |
| NEC CORPORATION OF AMERICA, | § | Case No. 6:16-cv-00100-JRG |
| Defendants. | | |

**JOINT MOTION TO STAY PROCEEDINGS BETWEEN PLAINTIFFS**
**AND DEFENDANT NEC CORPORATION OF AMERICA**
**PENDING FINALIZATION OF SETTLEMENT**

Plaintiffs Uniloc USA, Inc., and Uniloc Luxembourg, S.A. (together "Uniloc"), and

Defendant NEC Corporation of America ("NEC") hereby jointly file this Joint Motion to Stay

Proceedings between Uniloc and NEC pending finalization of settlement.

The parties have reached an agreement in principal to settle the case between them, and

are in the process of executing the final written settlement agreement.  The parties wish to

conclude the settlement without burdening the Court with any additional filings and without

incurring unnecessary expense.  The parties believe that this can be accomplished within thirty

(30) days.

Accordingly, Uniloc and NEC respectfully request that the Court grant a 30-day stay of

proceedings between them, including all deadlines, until Friday, February 24, 2017.

The parties submit that good cause exists for granting this agreed motion, as set forth

above. This motion is not filed for purposes of delay, but so that justice may be served.

A proposed order granting this Joint Motion is attached.

Wherefore, Plaintiffs Uniloc and Defendant NEC, jointly, respectfully request that the Court enter the proposed order submitted with this Motion as set forth above, and grant the parties such other and further relief to which they are entitled.

Date: January 25, 2017                    Respectfully submitted,

                                          */s/ Kevin Gannon*
                                          Kevin Gannon
                                          Paul J. Hayes
                                          Prince Lobel Tye LLP
                                          One International Place - Suite 3700
                                          Boston, MA 02110
                                          Tel: 617-456-8000
                                          Email: phayes@princelobel.com
                                          Email: kgannon@princelobel.com

                                          Craig Tadlock
                                          State Bar No. 00791766
                                          TADLOCK LAW FIRM PLLC
                                          2701 Dallas Parkway, Suite 360
                                          Plano, TX 75093
                                          Tel: (903) 730-6789
                                          Email: craig@tadlocklawfirm.com

                                          *ATTORNEYS FOR THE PLAINTIFFS*

                                          */s/ Stuart W. Yothers*
                                          John F. Bufe
                                          State Bar No. 03316930
                                          POTTER MINTON, PC
                                          110 N. College Avenue, Suite 500
                                          Tyler, TX 75702
                                          Tel: (903) 597-8311
                                          Fax: (903) 593-0846
                                          Email:  johnbufe@potterminton.com

                                          Stuart W. Yothers
                                          Kevin V. McCarthy (pro hac vice)
                                          JONES DAY
                                          250 Vesey Street
                                          New York, NY 10281-1047
                                          Telephone: (212) 326-3939
                                          Facsimile: (212) 755-7306
                                          Email:  syothers@jonesday.com

Maxwell A. Fox (pro hac vice)
JONES DAY
Kamiyacho Prime Place
1-17, Toranomon 4-Chome
Minato-Ku, Tokyo 105-0001, Japan
Telephone: +81-3-6800-1876
Facsimile: +81-3-5401-2725
Email:  mfox@jonesday.com

Daniel O'Brien
Texas State Bar No. 24065832
JONES DAY
2727 North Harwood Street
Dallas, Texas 75201-1515
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
Email:  dtobrien@jonesday.com

*ATTORNEYS FOR DEFENDANT NEC*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 25, 2017.

*/s/ Kevin Gannon*
Kevin Gannon

3